```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW           :
YORK by Letitia James, Attorney General of  :
the State of New York,                   :        25-CV-3608 (LAK) (RWL)
                                         :
                    Plaintiff,           :
                                         :        ORDER
          - against -                    :
                                         :
NATIONAL GENERAL HOLDINGS CORP.          :
ET AL.,                                  :
                                         :
                    Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been referred to me for general pretrial management and report and recommendation on dispositive motions. I am apprising the parties that Muhammad Faridi, one of the named counsel of record for Defendants, and I worked together and were partners at the same law firm prior to my appointment to the bench in 2017. I consider Mr. Faridi a friend, although we do not regularly socialize. I do not believe there is a conflict of interest that would require recusal, but I am providing the parties the opportunity to request my recusal if either of them wish. Accordingly, the parties shall meet and confer and by May 20, 2025, shall file a joint letter whether there is or is not an objection to my continuing as the assigned Magistrate Judge. If either party objects, I will recuse myself. If a party does object, the joint letter shall not indicate which party that is but shall simply note that the parties do not agree to my continuation on the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 15, 2025
       New York, New York

Copies transmitted this date to all counsel of record.