MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-25

---

THE PEOPLE OF THE STATE OF NEW YORK,
by LETITIA JAMES, Attorney General of the
State of New York,

                Plaintiff,

      - against -

NATIONAL GENERAL HOLDINGS CORP.;
INTEGON NATIONAL INSURANCE COMPANY;
INTEGON CASUALTY INSURANCE COMPANY;
INTEGON INDEMNITY CORPORATION; INTEGON
GENERAL INSURANCE CORPORATION; INTEGON
PREFERRED INSURANCE COMPANY; NATIONAL
GENERAL ASSURANCE COMPANY; NATIONAL
GENERAL INSURANCE COMPANY; NEW SOUTH
INSURANCE COMPANY; ALLSTATE INSURANCE
COMPANY,

                Defendants.

No. 1:25-cv-03608-LAK-RWL

**NOTICE OF MOTION TO REMAND**

---

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration, Plaintiff People of the State of New York, by Letitia James, Attorney General of the State of New York, will move the Court, before the Honorable Robert W. Lehrburger, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an Order pursuant to 28 U.S.C. § 1447(c) remanding this case to the Supreme Court of New York, County of New York, and granting Plaintiff reasonable attorneys' fees incurred as a result of removal.

*Motion granted substantively for reasons stated in the report and recommendation to which no objection has been filed despite expiration of time to do so. Clerk shall close the case.*

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
9/3/25